UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-21186-CIV-KING

INGRID SABOGAL,

    Plaintiff,

vs.

RCI MANAGEMENT SERVICES, INC.,
MIAMI GARDENS SQUARE ONE, INC.,
*Doing business as Tootsies Cabaret*,
ERIC LANGAN, *individually*,

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on Notice of Settlement (D.E. #7) filed April 20, 2022 in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of April, 2022.

*[signature: James Lawrence King]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record